█  In the Matter of MAX GRENADER et al. v. LOUIS J. LEFKOWITZ, as Attorney-General, et al.— Motion to dismiss appeal granted, with $20 costs, since the order appealed from is not appealable as of right, being an intermediate order in an article 78 proceeding (CPLR 5701 subd. [b], par. [1]), and permission to appeal not having been obtained pursuant to CPLR 5701, subd. [c]). Concur — McGivern, J. P., Nunez, Murphy, Steuer and Capozzoli, JJ.